# EXHIBIT B



Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
Tel 609.896.3600  Fax 609.896.1469
fox.law

Christopher R. Kinkade
Direct Dial: 609.844.3023
Email Address: ckinkade@foxrothschild.com

January 25, 2019

**Via FedEx and Email (Stephen.Sernett@claires.com)**
Stephen Sernett, Senior Vice President,
General Counsel & Corporate Secretary
**Claire's Stores, Inc.**
2400 West Central Road
Hoffman Estates, Illinois 60192

      **Re:    Infringement of U.S. Patent No. 10,064,461**

Dear Mr. Sernett:

    We are legal counsel for Windy City Novelties, Inc. and I Pee Holding, LLC (collectively, "Windy City"), owner of U.S. Patent No. 10,064,461, titled "Light String with Lighting Elements Surrounded by Decorative Shroud and Retained by Snap-fit Enclosure System" ("the '461 patent"), a copy of which is enclosed.

    It has come to our attention that Claire's Stores, Inc. and CBI Distributing Corp. (collectively, "Claire's") are manufacturing, importing, offering for sale, and/or selling light strings with snap-fit enclosures that fall within the scope of one or more of the claims of the '461 patent (the "Light String Products"). Windy City has not licensed or otherwise authorized Claire's to manufacture or sell such products. For example, at least the following Claire's Light String Products infringe the '461 patent:

        Style Number: 63844-5 – Light Up Christmas Lights Necklace
        Style Number: 63861-9 – Light Up Christmas Lights Necklace

    We believe there are several other products, in addition to the ones listed above, that also fall within the scope of one or more of the claims of the '461 patent. Windy City values its intellectual property rights and must take action to enforce them.

    This letter serves to put you on notice of such infringement and demand that Claire's, and any others acting in concert with Claire's, immediately and permanently cease and desist all infringing activities and pay royalties to Windy City for Claire's past infringement.

    Independent claim 1 of the '461 patent reads as follows:

    1. A light string with a snap-fit enclosure, comprising:

        a conductor;

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington



a light element mounted to the conductor;

a shroud having a body having an open interior and a neck, the neck having an opening therein, open to the body interior;

a cap, the configured to fit onto the neck; and

cooperating locking elements positioned in the cap and on the neck to lock the cap to the neck, such that the cap is secured to the neck and the light element secured within the shroud without the need for an external fastener,

wherein the cap and the neck have at least two cut-outs formed therein, respective ones of the cap cut-outs and the neck cut-outs cooperating and aligning with one another to define a substantially straight-through path, the substantially straight-through path configured to receive the conductor with the cap secured to the neck,

wherein the conductor and light element are non-integral with and separate, apart and removable from the shroud and the cap, and

wherein the shroud is substantially enclosed.

Independent claim 8 of the '461 patent reads as follows:

8. A light string with a snap-fit enclosure, comprising:

a conductor;

a plurality of LED light elements mounted to the conductor;

a controller, the controller including one or more batteries and a switch, the controller including circuitry to control a lighting scheme of the LED light elements;

a plurality of shrouds, each shroud being substantially enclosed and having a body having an open interior and a neck, the neck having an opening therein, open to the body interior, the neck having four cut-outs formed therein equally circumferentially spaced from one another to define four sections, two opposing cut-outs configured to receive the conductor, such that the conductor is recessed from an end of the neck;

a plurality of caps, each cap configured to fit onto the neck of a respective one of the plurality of shrouds, each cap having at least two cut-outs therein cooperating with the cut-outs in the neck such that when the cap is positioned on



Stephen Sernett, Senior Vice President,
General Counsel & Corporate Secretary
**CLAIRE'S STORES, INC.**
January 25, 2019
Page 3

the neck, the cut-outs in the neck and the cut-outs in the cap define a substantially straight-through path for passage of the conductor; and

cooperating locking elements positioned in the cap and on the neck to lock the cap to the neck with the conductor positioned in the straight-through path, such that the cap is secured to the neck and the LED light element secured within the shroud without the need for an external fastener, the cooperating locking elements including a ramped surface and a lip on one or both of the cap and the neck, and

wherein the conductor and the plurality of LED light elements are non-integral with and separate, apart and removable from respective ones of their shrouds and caps.

Claire's Light String Products directly infringe at least claims 1 and 8 of the '461 patent, as shown by the below exemplary pictures of Claire's Style Number: 63844-5. This same analysis applies to each of Style Number: 63844-5 Light String Products that utilize a similar snap-fit connection, or otherwise are within the scope of one or more of the claims of the '461 patent.

As seen in the picture below, the Claire's Light String Products comprise a snap-fit enclosure.



Snap-fit
Enclosure



Stephen Sernett, Senior Vice President,
General Counsel & Corporate Secretary
**CLAIRE'S STORES, INC.**
January 25, 2019
Page 4

The Claire's Light String Products comprise a conductor and a light element mounted to the conductor. The conductor and light element are non-integral with and separate, apart, and removable from the shroud and the cap.



The Claire's Light String Products comprise a substantially enclosed shroud having a body with an open interior and a neck with an opening to the body's interior.





Stephen Sernett, Senior Vice President,
General Counsel & Corporate Secretary
**CLAIRE'S STORES, INC.**
January 25, 2019
Page 5

As seen in the first picture, the cap is configured to fit onto the neck. Furthermore, said cap contains locking elements that cooperate with locking elements on the neck of the shroud.



The light element is secured within the shroud without the need of an external fastener. Both cap and neck have at least two cut-outs, which cooperate and align with one another to define a substantially straight-through path configured to receive the conductor with the cap secured to the neck. The Claire's Light String Products further comprise a controller.





Claire's activities constitute patent infringement pursuant to 35 U.S.C. § 271, which prohibits making, using, selling, or offering for sale in the United States, or importing into the United States, any patented invention without authority. Claire's is liable for direct infringement under 35 U.S.C. § 271(a) due to its sale of the Light String Products to customers. To the extent Claire's is instructing others to manufacture, sell, offer for sale, use, or import the Light String Products with snap-fit enclosures, Claire's is liable for inducing or contributory infringement under 35 U.S.C. § 271(b).

While Windy City wishes to avoid the need for litigation or further legal action, Windy City will take the necessary action to protect its rights in the '461 patent if, absent a suitable license from Windy City, Claire's does not immediately agree to permanently cease and desist making, using, selling, offering for sale, or importing in the United States the above identified light strings with snap-fit enclosures or any other light string with a snap-fit enclosure that falls within the scope of, or is intended for use within the scope of, any claim of the '461 patent.

Windy City embraces innovation and competition in the industry. However, Windy City must object to competition that is unfair or that infringes upon Windy City's proprietary intellectual property rights. Nevertheless, Windy City is in the business of selling innovative, creative, and fun novelty products, not litigation, which is why Windy City is hopeful that Claire's will respect Windy City's patent rights and agree to a business resolution of this matter so that Windy City is not forced to pursue litigation. However, if Claire's does not agree to Windy City's terms and conditions set forth below, Windy City intends to file a lawsuit in United States District Court, seeking a preliminary and permanent injunction to enjoin Claire's infringing activities pursuant to 35 U.S.C. § 283, along with all available damages due to Claire's infringement. Furthermore, if Windy City is forced to file such an action, Windy City will avail itself of all available legal and equitable remedies, including monetary damages and attorneys' fees pursuant to 35 U.S.C. §§ 284-285. To the extent Claire's continues to sell its Light String Products in view of this notice, please be advised that such activity may constitute willful infringement and may subject Claire's to enhanced damages.

Please respond to the undersigned, or have your legal counsel do so, by February 4, 2019, confirming that Claire's agrees to undertake each of the following actions:

1. Immediately and permanently cease and desist from making, using, selling, offering for sale, or importing Light String Products absent a license from Windy City;

2. Provide a full accounting of all Light String Products that are presently, or have been at any time between September 4, 2018 and the present, (i) in Claire's inventory, (ii) sold by Claire's (directly or indirectly), (iii) taken into inventory by Claire's, or (iv) ordered by or on behalf of Claire's (including units for which a purchase order has been submitted, which are currently being loaded for shipment, or which are currently



Stephen Sernett, Senior Vice President,
General Counsel & Corporate Secretary
**CLAIRE'S STORES, INC.**
January 25, 2019
Page 7

*en route* for delivery) ("Subject Inventory"), including listing all lot numbers of said light string products;

3. Identify all third-party retailers and resellers to which Claire's has sold or supplied Light String Products;

4. Identify Claire's source(s) of Light String Products and all import records and import codes relating to same; and

5. Pay Windy City royalties in the amount of $0.50 per unit of Light String Product that qualifies as Subject Inventory, and an ongoing royalty to the extent Claire's desires to obtain a non-exclusive license to the '461 patent from Windy City.

If Claire's agrees to these terms, please confirm in writing by February 4, 2019, so that Windy City may provide you with a suitable agreement. In the event that Claire's fails or refuses to comply fully with this demand, please be advised that our client will take all lawful steps that it deems necessary to protect its intellectual property.

Windy City submits the foregoing without prejudice to any of its rights and remedies, all of which are expressly reserved.

Sincerely yours,

Christopher R. Kinkade

Enclosure



US010064461B2

(12) **United States Patent**
Roos

(10) Patent No.: **US 10,064,461 B2**
(45) Date of Patent: **Sep. 4, 2018**

(54) **LIGHT STRING WITH LIGHTING ELEMENTS SURROUNDED BY DECORATIVE SHROUD AND RETAINED BY SNAP-FIT ENCLOSURE SYSTEM**

(71) Applicant: **I PEE HOLDING, LLC**, Vernon Hills, IL (US)

(72) Inventor: **Christian Brayian Roos**, Quito (EC)

(73) Assignee: **I PEE HOLDING, LLC**, Vernon Hills, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 7 days.

(21) Appl. No.: **15/244,807**

(22) Filed: **Aug. 23, 2016**

(65) **Prior Publication Data**

US 2017/0003003 A1    Jan. 5, 2017

**Related U.S. Application Data**

(60) Provisional application No. 62/210,650, filed on Aug. 27, 2015.

(51) **Int. Cl.**

| | |
|---|---|
| *A44C 15/00* | (2006.01) |
| *F21V 21/002* | (2006.01) |
| *F21S 4/10* | (2016.01) |
| *F21Y 115/10* | (2016.01) |
| *F21V 23/04* | (2006.01) |
| *F21W 121/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ........ *A44C 15/0015* (2013.01); *A44C 15/005* (2013.01); *F21S 4/10* (2016.01); *F21V 21/002* (2013.01); *F21V 23/04* (2013.01); *F21W 2121/00* (2013.01); *F21Y 2115/10* (2016.08)

(58) **Field of Classification Search**
CPC ....... F21V 19/004; A44C 15/0015; F21S 4/10
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,667,276 A | * | 5/1987 | Cheng | F21V 19/0005 362/249.01 |
| 5,366,386 A | * | 11/1994 | Liao | F21V 21/002 439/419 |
| 5,666,021 A | * | 9/1997 | Myson | F21V 19/0005 313/318.01 |
| 5,718,504 A | * | 2/1998 | Huang | F21V 21/002 362/267 |
| 5,759,062 A | * | 6/1998 | Chen | F21V 21/002 439/280 |
| 5,788,362 A | * | 8/1998 | Chou | F21V 19/006 362/249.01 |

(Continued)

*Primary Examiner* — Jong-Suk (James) Lee
*Assistant Examiner* — Christopher E Dunay
(74) *Attorney, Agent, or Firm* — Levenfeld Pearlstein, LLC

(57) **ABSTRACT**

A light string with a snap-fit enclosure includes a conductor, a light element mounted to the conductor, a shroud having a body having an open interior and a neck, the neck having an opening therein, open to the body interior and a cap configured to fit onto the neck. Cooperating locking elements are positioned in the cap and on the neck to lock the cap to the neck, such that the cap is secured to the neck and the light element secured within the shroud without the need for an external fastener. At least one of the cap and the neck have at least two cut-outs formed therein opposing one another and defining a channel. The channel is configured to receive the conductor with the cap secured to the neck.

**8 Claims, 4 Drawing Sheets**



**US 10,064,461 B2**

Page 2

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,481,875 B1 * | 11/2002 | Bryant .................. | F21V 17/06 |
| | | | 362/123 |
| 6,648,492 B1 * | 11/2003 | Shih .................... | F21V 21/092 |
| | | | 362/249.01 |
| 2010/0110668 A1 * | 5/2010 | Marlonia ............... | F21V 21/15 |
| | | | 362/152 |
| 2015/0016125 A1 * | 1/2015 | Lin ........................ | F21K 9/30 |
| | | | 362/396 |
| 2016/0230966 A1 * | 8/2016 | DeFrancesco .......... | F21V 17/04 |

* cited by examiner

**U.S. Patent**     Sep. 4, 2018     Sheet 1 of 4     US 10,064,461 B2



FIG. 2

FIG. 1



FIG. 3

**U.S. Patent**     Sep. 4, 2018     Sheet 3 of 4     **US 10,064,461 B2**



FIG. 4



FIG. 5



US 10,064,461 B2

<div style="display:flex"><div>

**1**

# LIGHT STRING WITH LIGHTING ELEMENTS SURROUNDED BY DECORATIVE SHROUD AND RETAINED BY SNAP-FIT ENCLOSURE SYSTEM

## BACKGROUND

The following description relates to a light string, for example, a novelty lighted necklace, ornamental hanging lights and the like.

Light strings or string lights are typically outdoor ornamental devices that include a plurality of lights that are powered and hung from shielded or insulated wires. These devices can also be used, as, for example, a necklace, when the ends of the string are secured to one another. And, in that light emitting diode (LED) technology has become so common, such light strings can be used with greater degrees of safety, since LED are typically low power (low voltage) and do not generate much heat in use.

Outdoor string lights may include a bare bulb mounted in a socket in which the electrical connections are terminated. Other outdoor string lights may include a shade or other element that is used to shade or protect the bulb from breakage.

Ornamental, wearable light strings can include a cover or shroud over the bulb and socket to provide a festive or other aesthetically pleasing or amusing feature. For example, a pumpkin cover or shroud formed form a translucent or partially translucent material (such as plastic) can be positioned over and secured to the light string to provide a pleasing appearance when the lights are illuminated.

In known arrangements, the shroud or cover is fitted onto the socket and secured by screws or other fasteners. In such an arrangement, the shroud and socket may have predrilled or preformed holes to accommodate the fasteners. In order assemble the light strings, the shroud is fitted onto the socket and metal fasteners are driven into the shroud and socket. In that these parts are often fabricate from plastics, there is the opportunity to over-drive or under-drive the fastener which can result in the shroud and/or socket to break or become compromised.

Accordingly, there is need for a light string assembly configuration that eliminates the need for fasteners and in particular, metal fasteners. Desirably such an arrangement reduces the number of parts as well as the time and labor required to assemble such light strings.

## SUMMARY

A light string has a snap-fit enclosure. The light string includes a conductor and at least one light element mounted to the conductor. A shroud has a body having an open interior and a neck. The neck has an opening therein, open to the body interior.

A cap is configured to fit onto the neck. In an embodiment, cooperating locking elements are positioned in the cap and on the neck to lock the cap to the neck, such that the cap is secured to the neck and the light element secured within the shroud without the need for an external fastener.

In an embodiment, at least one of the cap and the neck has at least two cut-outs formed therein opposing one another to define a channel. The channel is configured to receive the conductor with the cap secured to the neck. In an embodiment the cut-outs are formed in the neck with the conductor positioned in the channel recessed from an end of the neck. In an embodiment, the cut-outs are formed in the cap with the conductor positioned in the channel. In an embodiment,

</div><div>

**2**

cut-outs are formed in the neck and in the cap that are configured to cooperate to define the channel, and the conductor is positioned in the channel.

In an embodiment, the cooperating locking elements include a ramped surface and a lip on one of both of the cap and the neck.

In an embodiment of the light string the neck includes four cuts-outs to define four sections, and at least two of the sections include a ramped surface and a lip. In such an embodiment, the cap includes corresponding ramped surfaces and lips to cooperate with and engage the ramped surfaces and lips of the neck.

An embodiment of the light string includes a controller. The controller includes one or more batteries and a switch. The light string can includes multiple light elements, for example, at least three elements mounted to the conductor spaced from one another, each light element enclosed within a shroud and secured therein by a cap. The light elements can be, for example, LEDs.

An embodiment of a light string with a snap-fit enclosure includes a conductor, a plurality of light elements mounted to the conductor and a controller. The controller includes one or more batteries and a switch, and circuitry to control a lighting scheme of the light elements.

The light string includes a shroud over each of the light elements. Each shroud has a body having an open interior and a neck. The neck has an opening therein, open to the body interior for receiving the light element. The neck has a plurality of cut-outs, for example, four cut-outs formed therein equally circumferentially spaced from one another to define four sections. Two opposing cut-outs are configured to receive the conductor, such that the conductor is recessed from an end of the neck.

A cap is configured to fit onto the neck. The cap having at least two cut-outs therein cooperating with the cut-outs in the neck such that when the cap is positioned on the neck, the cut-outs in the neck and the cut-outs in the cap define a channel therethrough for passage of the conductor.

In such an embodiment cooperating locking elements are positioned in the cap and on the neck to lock the cap to the neck with the conductor positioned in the channel. In this manner, that the cap is secured to the neck and the LED light elements are secured within the shroud without the need for an external fastener. In an embodiment, the cooperating locking elements include a ramped surface and a lip on one of both of the cap and the neck.

Other objects, features, and advantages of the disclosure will be apparent from the following description, taken in conjunction with the accompanying sheets of drawings, wherein like numerals refer to like parts, elements, components, steps, and processes.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates an embodiment of a light string shown in a partially exploded view with the light removed from the shroud and the cap removed for clarity of illustration;

FIG. **2** is an illustration of the embodiment of the light string of FIG. **1** with the light inserted into the shroud and the cap removed, again, for clarity of illustration, and showing the conductors positioned in the shroud recesses;

FIG. **3** illustrates the cap as it is installed on the shroud with the conductors positioned in the cap recesses;

FIG. **4** is partial illustration showing the interior of the cap;

FIG. **5** is a schematic illustration of an electrical circuit for the light string;

</div></div>

US 10,064,461 B2

3

FIG. **6** is a perspective view of the shroud and cap without the light string;

FIG. **7** is an exploded view of the shroud and cap without the light string;

FIG. **8** is a front view of the shroud;

FIG. **9** is a partial top view of the shroud, showing the shroud opening;

FIG. **10** is a front view of the cap; and

FIG. **11** is a bottom view of the cap, showing the interior thereof.

DETAILED DESCRIPTION

While the present disclosure is susceptible of embodiment in various forms, there is shown in the drawings and will hereinafter be described one or more embodiments with the understanding that the present disclosure is to be considered illustrative only and is not intended to limit the disclosure to any specific embodiment described or illustrated.

Referring to FIG. **1** there is shown a light string novelty device **10** with a snap-fit enclosure **12**. The device **10** includes a shroud **14**, one or more light elements **16** positioned on a conductor or conductors **18**, a cap **20** and a controller **22** (see, FIG. **6**). The shroud **14** can take many forms or shapes, such as the illustrated Halloween pumpkin decoration. In an embodiment the shroud **14** is formed from plastic so that when the light elements **16** are illuminated the light is visible though the shroud **14** and the shroud **14** illuminates to create a pleasing aesthetic effect. The shroud **14** can take many other shapes and configurations which other shapes and configurations are within the scope and spirit of the present disclosure.

The light elements **16** on the light string (attached to the conductors **18**) are powered by a power source **24**, such as one or more batteries that can be positioned within the controller **22**. The controller **22** can include a switch **26** and circuitry **28** to provide a variety of illuminating functions, such as on-off, fast and or slow blinking scenarios, and the like. In a present embodiment, the lights **16** are light emitting diodes (LEDs) or other lower heat-generating illuminating elements. In this manner, the light string **10** can be formed as a necklace N or the like to be worn around a user's neck, without concern as to heat that is generated from the light elements **16**.

The shroud **14** has an open interior **30** and includes an upstanding neck **32** that is configured to receive the conductor **18** and the cap **20**. The neck **32** has an opening **34** that is open to the shroud interior **30**, through which the light element **16** is passed for insertion into the shroud interior **30**. In an embodiment, the neck **32** has a plurality of recesses or cut-outs **36**, two of which **36a**, **36c** are configured to receive the conductor **18** when the light element **16** is inserted into the shroud **14**. In this manner, the conductor **18** is below an uppermost edge **38** of the neck **34**, that is, the conductor **18** is recessed from the uppermost edge **38** of the neck **34**. The light element **16** can be connected to the conductor **18** by an extension piece **19** so that the light element **16** can be inserted into a desired location within the shroud **14**.

The neck uppermost edge **38** includes a hook portion **40** formed along the edge. The hook portion **40** includes a ramped or inclined surface **42** and a lip or ledge **44** at an end of the ramped surface **42**. In a present embodiment the neck **32** is quadfurcated (see, FIGS. **2** and **7**, **32a-d**), that is, divided in to four parts or sections, and each section **32a-32d** can have a ramped or inclined surface **42** and a lip or ledge **44** at an end of the ramped surface **42**. At least two of the

4

recesses or cut-outs (**36a**, **36c**) are formed opposing each other to receive the conductor **18**.

The cap **20** is formed so as to snap on to the neck **32**. In a present embodiment, the cap **20** includes a top portion **46** and a depending skirt **48**. The skirt **48** includes at least two recesses or cut-outs **50a**, **50c** that cooperate with the recesses **36a**, **36c** in the neck **32**. In this manner, the cap **20** is snapped onto the neck **32** with the neck recesses or cut-outs **36a**, **36c** aligned with the cap recesses or cut-outs **50a**, **50c** to define a closed channel **52**. The conductors **18** are captured in the closed channel **52** to secure the conductors **18** in the channel **52** and the lighting element **16** in the shroud **14**. The neck recesses or cut-outs **36a**, **36c** and the cap recesses or cut-outs **50a**, **50c** (that define the channel **52**) are configured so as to capture the conductors **18**, but not damage (e.g., by pinching) the conductors **18** when the cap **20** is positioned on the neck **32**. It will be appreciated that cut-outs **36**, **50** can be formed in one or both of the neck **32** and the cap **20** to define the channel **52**.

To secure the cap **20** to the neck **32**, the cap **20** includes one or more ramped or inclined surfaces **54** and lips or ledges **56** that cooperate with the ramped or inclined surfaces **42** and lips or ledges **44** on the neck **32**. The ramped surfaces **54**, **42** and lips or ledges **56**, **44** define cooperating locking elements in the cap **20** and neck **32**. In this manner, as the cap **20** is urged onto the neck **32** the cap inclined surfaces **54** engage the neck inclined surfaces **42**, and further urging the cap **20** onto the neck **32** engages the cap lips or ledges **56** with the neck lips or ledges **44**. As the lips or ledges **44**, **56** cap pass over one another they secure the cap **20** on the neck **32** with the conductors **18** in the channel **52** formed by the neck recesses **36a,c** and the cap recesses **50a,c**.

In an embodiment the cap **20** includes openings **58** in the top **46**, above the lips or ledges **56**. In this manner, the interlocking lips or ledges **44**, **56** can be accessed from the top **46** of the cap **20**, through the openings **58**, so that the cap **20** can be separated from the neck **32** to access the light elements **16** or conductors **18**.

Advantageously, the present light string **10** with a snap-fit enclosure **12** permits manufacture of light strings **10** in an efficient and cost effective manner. The components fit and lock into one another quickly without the need for external fasteners, such as screws, rivets or the like.

It should also be understood that various changes and modifications to the presently disclosed embodiments will be apparent to those skilled in the art. Such changes and modifications can be made without departing from the spirit and scope of the present disclosure and without diminishing its intended advantages. It is therefore intended that such changes and modifications be covered by the appended claims.

The invention claimed is:

**1.** A light string with a snap-fit enclosure, comprising:

a conductor;

a light element mounted to the conductor;

a shroud having a body having an open interior and a neck, the neck having an opening therein, open to the body interior;

a cap, the configured to fit onto the neck; and

cooperating locking elements positioned in the cap and on the neck to lock the cap to the neck, such that the cap is secured to the neck and the light element secured within the shroud without the need for an external fastener,

wherein the cap and the neck have at least two cut-outs formed therein, respective ones of the cap cut-outs and

US 10,064,461 B2

5

the neck cut-outs cooperating and aligning with one another to define a substantially straight-through path, the substantially straight-through path configured to receive the conductor with the cap secured to the neck, wherein the conductor and light element are non-integral with and separate, apart and removable from the shroud and the cap, and

wherein the shroud is substantially enclosed.

**2**. The light string of claim **1** wherein the light element is an LED.

**3**. The light string of claim **1** wherein the cooperating locking elements include a ramped surface and a lip on one of both of the cap and the neck.

**4**. The light string of claim **1** wherein the neck includes four cuts-outs to define four sections, and wherein at least two of the sections include a ramped surface and a lip and wherein the cap includes corresponding ramped surfaces and lips to cooperate with and engage the ramped surfaces and lips of the neck.

**5**. The light string of claim **1** including a controller, the controller including one or more batteries and a switch.

**6**. The light string of claim **1** including at least three light elements mounted to the conductor spaced from one another, each light element enclosed within a shroud and secured therein by a cap.

**7**. The light string of claim **6** including a controller, the controller including one or more batteries and a switch, the controller including circuitry to control a lighting scheme of the light elements.

**8**. A light string with a snap-fit enclosure, comprising:
a conductor;
a plurality of LED light elements mounted to the conductor;

6

a controller, the controller including one or more batteries and a switch, the controller including circuitry to control a lighting scheme of the LED light elements;

a plurality of shrouds, each shroud being substantially enclosed and having a body having an open interior and a neck, the neck having an opening therein, open to the body interior, the neck having four cut-outs formed therein equally circumferentially spaced from one another to define four sections, two opposing cut-outs configured to receive the conductor, such that the conductor is recessed from an end of the neck;

a plurality of caps, each cap configured to fit onto the neck of a respective one of the plurality of shrouds, each cap having at least two cut-outs therein cooperating with the cut-outs in the neck such that when the cap is positioned on the neck, the cut-outs in the neck and the cut-outs in the cap define a substantially straight-through path for passage of the conductor; and

cooperating locking elements positioned in the cap and on the neck to lock the cap to the neck with the conductor positioned in the straight-through path, such that the cap is secured to the neck and the LED light element secured within the shroud without the need for an external fastener, the cooperating locking elements including a ramped surface and a lip on one or both of the cap and the neck, and

wherein the conductor and the plurality of LED light elements are non-integral with and separate, apart and removable from respective ones of their shrouds and caps.

* * * * *